No. 01–7627. WILLIAMS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7629. CHANDLER *v.* HOWELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–7630. TRICARICO *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–7632. TWILLIE *v.* BRENNAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7633. WATKINS *v.* HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7634. MURPHY *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–7635. NOLAN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7636. LINDSEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7637. MANCANO *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 01–7644. BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7645. NASTU *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–7647. SEBULSKI *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 01–7648. RAMIREZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7653. BOLDEN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.